UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GARDEN CITY BOXING CLUB, INC.,

                Plaintiff,

                              ORDER
-against-                         05 CV 1299 (ILG) (CLP)

ELSA GUZMAN, et al.,

                Defendants.
-----------------------------------------------------------x
GLASSER, United States District Judge:

      A Report and Recommendation of Magistrate Judge Pollak, dated February 15, 2006, recommended that plaintiff be awarded $13,250 in damages, $1,050 in attorneys' fees and $880 in costs, for a total of $15,180, plus interest; that objections, if any, must be filed and served within ten days of receipt of said Report and Recommendation, and that failure to do so would be regarded as a waiver of their right to appeal. As of this date, no objection has been filed.

      The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, it is hereby ordered that plaintiff is awarded $13,250 in damages, $1,050 in attorneys' fees and $880 in costs, for a total of $15,180, plus interest.

      SO ORDERED.

Dated:     Brooklyn, New York
             March 21, 2006

                                                         S/
                                                I. Leo Glasser