UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,

                Plaintiff,

-against-

ELSA GUZMAN, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 1299 (ILG)

      An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on March 21, 2006, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated February 15, 2006; and directing the Clerk of Court to enter judgment awarding plaintiff $13,250.00 in damages, $1,050.00 in attorneys' fees and $880.00 in costs, for a total award of $15,180.00, plus interest; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted in its entirety; and that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., and against defendants, Elsa Guzman, et al., awarding plaintiff $13,250.00 in damages, $1,050.00 in attorneys' fees and $880.00 in costs, for a total award of $15, 180.00, plus interest.

Dated: Brooklyn, New York
       March 22, 2006

                                                     ROBERT C. HEINEMANN
                                                   Clerk of Court